FIDELITY AND DEPOSIT COMPANY OF MARYLAND, a corporation, complainant-respondent,

*v.*

McCLINTIC-MARSHALL CORPORATION et al., defendants-respondents; NATIONAL BRONX BANK OF NEW YORK, defendant-appellant.

[Decided January 10th, 1935.]

*Mr. John Milton, for* the complainant.

*Mr. John L. Griggs,* for Gunite Contractors, Incorporated.

*Mr. Charles E. Hendrickson, Messrs. Gross & Gross, Messrs. Carey & Lane, Mr. Charles Jones, Messrs. Pitney, Hardin & Skinner, Messrs. McDermott, Enright & Carpenter, Mr. Victor Ruskin, Mr. Saul Nemser, Mr. William P. Gannon, Mr. David A. Nimmo, Messrs. Osborne, Cornish & Scheck* and *Mr. Samuel Tapper,* for the defendants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow, and reported in *115 N. J. Eq. 470.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, HEHER, PERSKIE, VAN BUSKIRK, HETFIELD, DEAR, WELLS, JJ. 10.

*For reversal*—LLOYD, DONGES, KAYS, JJ. 3.